JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BROADVISION, INC..,

            Plaintiff,

- against -

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECTIVE COMPANY,

            Defendants.

------------------------------------------------------------------ x

Civil Action No.:

**RULE 7.1 STATEMENT**

ECF CASE

08 CV 1478

FEB 13 2008
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BroadVision, Inc., a Delaware corporation ("BroadVision") certifies that BroadVision has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         February 12, 2008

                        TANNENBAUM HELPERN
                        SYRACUSE & HIRSCHTRITT, LLP

                        By: _____
                            L. Donald Prutzman (LP 1327)
                        900 Third Avenue
                        New York, New York 10022
                        (212) 508-6700
                          Attorneys for Plaintiff