United States District Court
Southern District of New York

---

Broadvision, Inc.,

    -against-

General Electric Company and
The Medical Protective Company

**AFFIDAVIT OF SERVICE**
Case No. 08 CV 1478

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Individual Practices of Judge Paul A. Crotty, U.S.D.J., Individual Practices of Magistrate Judge Gabriel W. Gorenstein and Instructions, Procedures and Guidelines regarding Electronic Case Filing, pursuant to Section 306 of the Business Corporation Law. The corporation which was served was: **GENERAL ELECTRIC COMPANY**

That on the 21st day of February 2008 at approx. 1:00 p.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                                            Denise L. Dooley

Sworn to before me
this 21st day of February 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010