# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROADVISION, INC.,

        Plaintiff,

        -against-

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECIVE COMPANY,

        Defendants.
------------------------------------------------------------X

Civil Action No. 08 CV 1478
(Judge Crotty)

ECF CASE

AFFIDAVIT OF SERVICE

STATE OF INDIANA    )
        S.S.:
COUNTY OF ALLEN    )

John C. McGauley, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 25th day of February, 2008, at approximately the time of 9:00 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN upon THE MEDICAL PROTECTIVE COMPANY at 5814 Reed Road, Fort Wayne, IN, by personally delivering and leaving the same with Melissa Coker who informed deponent that she holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

Coker is a white female, approximately 30 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with black hair.

_____
PROCESS SERVER

Sworn to before me this
28th day of February, 2008

_____
NOTARY PUBLIC



NANCY S. McGAULEY, Notary Public
Allen County, State of Indiana
My Commission Expires December 13, 2013

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com