UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BROADVISION, INC.                         :   Index No. 08-CV-1478 (MGC)
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :   **APPEARANCE**
                                          :
GENERAL ELECTRIC COMPANY and THE          :
MEDICAL PROTECTIVE COMPANY,               :
                                          :
                                          :
              Defendants.                 :

------------------------------------- x

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant General Electric Company.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       March 12, 2008

                                          Respectfully submitted,

                                          LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                          /s/ Robert Penchina
                                          Robert Penchina

                                          321 W. 44th Street, Suite 510
                                          New York, NY 10036
                                          t: (212) 850-6100
                                          f: (212) 850-6299

                                          Counsel for Defendant General Electric Company