UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BROADVISION, INC., : Index No. 08-CV-1478 (Judge Miriam G. Cederbaum)
:
Plaintiff, : ECF Case
-against- :
GENERAL ELECTRIC COMPANY and THE : **DEFENDANT GENERAL ELECTRIC COMPANY'S RULE 7.1 STATEMENT**
MEDICAL PROTECTIVE COMPANY, :
:
Defendants. :

------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for General Electric Company (a private non-governmental party) certifies that it is a publicly held entity. It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: March 12, 2008
       New York, New York

                                              Respectfully submitted,

                                              LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                              By: _____
                                                  Robert Penchina

                                              321 West 44th Street, Suite 510
                                              New York, NY 10036
                                              (212) 850-6100

                                              *Attorneys for Defendant*
                                              *General Electric Company*

{00100277;v1}