UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | | |
|---|---|---|
| BROADVISION, INC., | : | Index No. 08-CV-1478 (Judge Miriam G. Cederbaum) |
| Plaintiff, | : | ECF Case |
| -against- | : | |
| GENERAL ELECTRIC COMPANY and THE MEDICAL PROTECTIVE COMPANY, | : | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | : | |

------------------------------------- x

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6), and upon the accompanying Memorandum of Law and Declaration of Robert Penchina, Defendant General Electric Company will move this Court at 9:30 a.m. on Thursday, April 10, 2008, for an order dismissing plaintiff's complaint against it for failure to state a claim upon which relief may be granted.

Pursuant to Rule 3(C) of the Individual Practices of Judge Miriam Goldman Cederbaum, answering papers, if any, must be received by noon on Wednesday, April 2, 2008.

Dated: New York, NY
       March 12, 2008

                                                  Respectfully submitted,

                                                  LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                                  By:   /s/ Robert Penchina
                                                           Robert Penchina

                                                  321 West 44th Street, Suite 510
                                                  New York, NY 10036
                                                  (212) 850-6100

                                                  *Attorneys for Defendant*
                                                  *General Electric Company*

{00100340;v1}