Robert S. Weisbein (RW 0080)
FOLEY & LARDNER
90 Park Avenue
New York, NY  10016
Telephone:  212.682.7474
Facsimile:  212.687.2329
Email:  rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BROADVISION, INC.,                                    :
                                                      :
                    *Plaintiff,*                      :          No. 1:08-CV-001478 (WHP)
                                                      :          ECF CASE
            v.                                        :
                                                      :          **NOTICE OF APPEARANCE**
GENERAL ELECTRIC COMPANY and                          :
THE MEDICAL PROTECTIVE COMPANY                        :
                                                      :
                    *Defendants.*                     :
--------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the

defendant, The Medical Protective Company, in the above-captioned action.


      Please adjust your records accordingly and serve additional copies of all future pleadings,

court papers and correspondence to the address listed below:


Robert S. Weisbein
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax: (212) 687-2329
Email: rweisbein@foley.com

NYC_228245.1

2

Dated: April 7, 2008
      New York, New York


/s/ Robert Weisbein

Robert S. Weisbein
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel:  (212) 682-7474
Fax: (212) 687-2329
Email: rweisbein@foley.com

*Attorneys for The Medical Protective Company*

NYC_228245.1

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 7, 2008, a copy of the foregoing **NOTICE OF**

**APPEARANCE** was filed electronically.  Notice of this filing will be sent to the following

parties by operation of the Court's electronic filing system.  Parties may access this filing through

the Court's system.

> L. Donald Prutzman, Esq.
> Tannenbaum Helpern Syracuse & Hirschtritt LLP
> 900 Third Avenue
> New York, NY  10022
> *Attorneys for Plaintiff Broadvision, Inc.*
>
>     -and-
>
> Robert Penchina, Esq.
> Levine Sullivan Koch & Schulz LLP
> 321 W. 44th Street, Suite 510
> New York, NY  10036
> *Counsel for Defendant General Electric Company*

> */s/Robert Weisbein*
> Robert Weisbein