Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com
*Attorney for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
              :
BROADVISION, INC.,           :
              :
              :    Civil Action No.: 08 CV 1478
              :    Judge William H. Pauley, III
         Plaintiff,          :
              :
    - against -              :    **RULE 7.1 STATEMENT**
              :
GENERAL ELECTRIC COMPANY and :
THE MEDICAL PROTECTIVE COMPANY, :
              :
         Defendants.         :
              :
-----------------------------------------------------------------x

The Medical Protective Company certifies that it is a non-governmental corporation organized and existing under the laws of the State of Indiana, with its principal place of business in Fort Wayne, Indiana.  The Medical Protective Company submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. The Medical Protective Company is a privately-held corporation.

2. Berkshire Hathaway, Inc. is an indirect parent corporation of The Medical Protective Company.

3. Berkshire Hathaway, Inc. owns more than 10 percent of The Medical Protective Company's stock.

NYC_228533.1

- 2 -

Dated: April 7, 2008
      New York, New York

                        Respectfully submitted,

By:  /s/ Robert S. Weisbein
      Robert S. Weisbein (RW 0080)
      FOLEY & LARDNER LLP
      90 Park Avenue
      New York, NY  10016
      Telephone:  212.682.7474
      Facsimile:  212.687.2329
      Email:  rweisbein@foley.com

*Attorney for Defendant The Medical Protective Company*

*Of Counsel:*

David P. Irmscher (#15026-02)
Abigail M. Butler (#22295-02)
BAKER & DANIELS LLP
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
Telephone  (260) 424-8000
Facsimile  (260) 460-1700
Email: david.irmscher@bakerd.com
       abigail.butler@bakerd.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of the foregoing **Rule 7.1 Statement** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>L. Donald Prutzman, Esq.
>Tannenbaum Helpern Syracuse & Hirschtritt LLP
>900 Third Avenue
>New York, NY  10022
>*Attorneys for Plaintiff Broadvision, Inc.*
>
>    -and-
>
>Robert Penchina, Esq.
>Levine Sullivan Koch & Schulz LLP
>321 W. 44th Street, Suite 510
>New York, NY  10036
>*Counsel for Defendant General Electric Company*

>*/s/Robert Weisbein*
>Robert Weisbein