Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

BROADVISION, INC.,

          *Plaintiff,*

    v.

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECTIVE COMPANY

          *Defendants.*

-------------------------------------------------------------x

No. 1:08-CV-001478 (MGC)
ECF CASE

**MOTION FOR ADMISSION
OF DAVID P. IRMSCHER, ESQ.
*PRO HAC VICE***

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for

the Southern District of New York, I, Robert S. Weisbein, shareholder of the firm Foley &

Lardner and local counsel for the defendant The Medical Protective Company in the above-

captioned litigation, and a member in good standing of the Bar of this Court, hereby move for an

Order allowing the admission *pro hac vice* of:

David P. Irmscher, Esq.
Baker & Daniels LLP
111 East Wayne Street
Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
Email: david.irmscher@bakerd.com

Attached hereto as Exhibit A is a Certificate of Good Standing dated March 25, 2008, issued within thirty (30) days of this Motion, stating that Mr. Irmscher is a member in good standing of the Indiana State Bar.

An Affidavit in Support and Proposed Order is submitted herewith.  The proscribed fee of $25.00 shall be filed with the Clerk of Court.

Dated:  April 7, 2008           Respectfully submitted,
        New York, NY


                                FOLEY & LARDNER

                        By:     _____
                                Robert S. Weisbein (RW-0080)
                                FOLEY & LARDNER
                                90 Park Avenue
                                New York, NY  10016
                                Telephone:  212.682.7474
                                Facsimile:  212.687.2329
                                Email:  rweisbein@foley.com

                                *Attorneys for Defendant The Medical
                                Protective Company*

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

DAVID PARK IRMSCHER

is a member of the bar of said Court since admission on

NOVEMBER 20th 1989 , and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 25th day of MARCH , 20 08 .

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | | |
|---|---|---|
| BROADVISION, INC., | : | No.1:08-CV-001478 (MGC) |
| | : | ECF CASE |
| *Plaintiff*, | : | |
| | : | **AFFIDAVIT OF ROBERT S.** |
| v. | : | **WEISBEIN IN SUPPORT OF** |
| | : | **MOTION FOR ADMISSION OF** |
| GENERAL ELECTRIC COMPANY and | : | **DAVID P. IRMSCHER** |
| THE MEDICAL PROTECTIVE COMPANY | : | ***PRO HAC VICE*** |
| | : | |
| *Defendants*. | : | |

--------------------------------------------------------------x

STATE OF NEW YORK          )
                          ) ss:
COUNTY OF NEW YORK  )


I, Robert S. Weisbein, being duly sworn, states:

    1.    I am a partner of the firm Foley & Lardner LLP, local counsel for defendant The Medical Protective Company in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein.

    2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in January 1984.  I am also admitted to the bar of the

NYC_228262.1

United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    Mr. Irmscher is a partner at Baker & Daniels LLP, in Fort Wayne, Indiana.

4.    Based on my knowledge of the Baker & Daniels firm and several of Mr. Irmscher's colleagues at the firm, I believe he is a skilled attorney and a person of high moral character.  I also understand that he is experienced in Federal practice and is familiar with the Federal Rules of Procedure, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of, and practice in the United Sates District Courts.

5.    Accordingly, I am pleased to move the admission of David P. Irmscher, *pro hac vice*.

6.    I respectfully submit a proposed order granting the admission of David P. Irmscher, *pro hac vice*, which is attached hereto as Exhibit A.

2

WHEREFORE it is respectfully requested that the motion to admit David P. Irmscher, *pro hac vice*, to represent the defendant The Medical Protective Company in the above captioned matter, be granted.

Dated: April 7, 2008
      New York, NY

 

Respectfully submitted,

By: _____
    Robert S. Weisbein (RW 0080)


STATE OF NEW YORK    )
                       ) ss:
COUNTY OF NEW YORK  )

Subscribed and sworn to me this 7th day of April , 2008.

_Laurel Sandler_
NOTARY PUBLIC

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20__10

3

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BROADVISION, INC.,                      :
                                        :
              *Plaintiff,*               :         No. 1:08-CV-001478 (MGC)
                                        :         ECF CASE
         v.                             :
                                        :         **ORDER ADMITTING**
                                        :         **DAVID P. IRMSCHER**
GENERAL ELECTRIC COMPANY and            :         ***PRO HAC VICE***
THE MEDICAL PROTECTIVE COMPANY          :
                                        :
              *Defendants.*              :
-----------------------------------------------------------x

Upon the motion of Robert S. Weisbein attorney for the defendant The Medical

Protective Company and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

David P. Irmscher, Esq.
Baker & Daniels LLP
111 East Wayne Street
Suite 800
Fort Wayne, Indiana 46802
Tel: 260.424.8000
Fax: 260.460.1700
Email: david.irmscher@bakerd.com

is admitted to practice *pro hac vice* as counsel for the defendant in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this court are subject to the Local Rules of this Court, including the Rules governing the

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*.  Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:

Dated: _____                    _____
                                         Miriam Goldman Cedarbaum
                                         UNTIED STATES DISTRICT JUDGE

-2-

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BROADVISION, INC.,                          :
                                            :
              *Plaintiff,*                   :    No. 1:08-CV-001478 (MGC)
                                            :    ECF CASE
        v.                                  :
                                            :    **AFFIDAVIT OF SERVICE**
GENERAL ELECTRIC COMPANY and                :
THE MEDICAL PROTECTIVE COMPANY              :
                                            :
              *Defendants.*                  :
-------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF KINGS            )

JOANNA KAHAN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 366 12th Street, Brooklyn, NY 11215.

That on the 7th day of April, 2008, deponent served copies of the **Defendant's Motion to Admit David P. Irmscher, Esq.** *Pro Hac Vice*, the **Affidavit of Robert S. Weisbein in Support of Motion to Admit Counsel** *Pro Hac Vice* with attached exhibit and **Proposed Order** by United States first class mail upon:

NYC_228244.1

L. Donald Prutzman, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Plaintiff Broadvision* Inc.


Robert Penchina, Esq.
Levine Sullivan Koch & Schulz LLP
321 West 44th Street, Suite 510
New York, NY 10036

*Attorneys for Defendant General Electric Company*


Sworn to before me this
7th[th] day April, 2008

Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20__10

Joanna C. Kahan

NYC_228244.1