Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BROADVISION, INC.,                          :
                                            :
             *Plaintiff,*                   :     No. 1:08-CV-001478 (MGC)
                                            :     ECF CASE
        v.                                  :
                                            :     **MOTION FOR ADMISSION**
GENERAL ELECTRIC COMPANY and                :     **OF ABIGAIL M. BUTLER, ESQ.**
THE MEDICAL PROTECTIVE COMPANY              :     *PRO HAC VICE*
                                            :
             *Defendants.*                  :
-----------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Robert S. Weisbein, a partner of the firm Foley & Lardner and local counsel for the defendant The Medical Protective Company in the above-captioned litigation, and a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Abigail M. Butler, Esq.
> Baker & Daniels LLP
> 111 East Wayne Street
> Suite 800
> Fort Wayne, Indiana 46802
> Tel: 260.424.8000
> Fax: 260.460.1700
> Email: abigail.butler@bakerd.com

NYC_228263.1

Attached hereto as Exhibit A is a Certificate of Good Standing dated March 25, 2008, issued within thirty (30) days of this Motion, stating that Mrs. Butler is a member in good standing of the Indiana State Bar.

An Affidavit in Support and Proposed Order is submitted herewith. The proscribed fee of $25.00 shall be filed with the Clerk of Court.

Dated: April 7, 2008  
       New York, NY

Respectfully submitted,

FOLEY & LARDNER

By: _____  
Robert S. Weisbein (RW 0080)  
FOLEY & LARDNER  
90 Park Avenue  
New York, NY 10016  
Telephone: 212.682.7474  
Facsimile: 212.687.2329  
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____ABIGAIL MARIE BUTLER_____

is a member of the bar of said Court since admission on

_____NOVEMBER 13th 2000_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __25th__ day of __MARCH__, 20 __08__.

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BROADVISION, INC.,                              :
                                                :
            *Plaintiff,*                        :      No. 1:08-CV-001478 (MGC)
                                                :      ECF CASE
      v.                                        :
                                                :      **AFFIDAVIT OF SERVICE**
GENERAL ELECTRIC COMPANY and                    :
THE MEDICAL PROTECTIVE COMPANY                  :
                                                :
            *Defendants.*                       :
------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF KINGS           )

JOANNA KAHAN, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides at 366 12th Street, Brooklyn, NY 11215.

    That on the 7th day of April, 2008, deponent served copies of the **Defendant's Motion to Admit Abigail M. Butler, Esq.** *Pro Hac Vice*, the **Affidavit of Robert S. Weisbein in Support of Motion to Admit Counsel** *Pro Hac Vice* with attached exhibit and **Proposed Order** by United States first class mail upon:

NYC_228243.1

L. Donald Prutzman, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

*Attorneys for Plaintiff Broadvision Inc.*

Robert Penchina, Esq.
Levine Sullivan Koch & Schulz LLP
321 West 44th Street, Suite 510
New York, NY 10036

*Attorneys for Defendant General Electric Company*

Sworn to before me this
7th day April, 2008

*Laurel Sandler*
Notary Public

Joanna C. Kahan

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20__10

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| BROADVISION, INC., | : | No.1:08-CV-001478 (MGC) |
| | : | ECF CASE |
| *Plaintiff,* | : | |
| | : | **AFFIDAVIT OF ROBERT S.** |
| v. | : | **WEISBEIN IN SUPPORT OF** |
| | : | **MOTION FOR ADMISSION OF** |
| GENERAL ELECTRIC COMPANY and | : | **ABIGAIL M. BUTLER** |
| THE MEDICAL PROTECTIVE COMPANY | : | ***PRO HAC VICE*** |
| | : | |
| *Defendants.* | : | |

------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Robert S. Weisbein, being duly sworn, states:

1. I am a partner of the firm Foley & Lardner LLP, local counsel for defendant The Medical Protective Company in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in January 1984. I am also admitted to the bar of the

NYC_228258.1

United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Butler is an associate at Baker & Daniels LLP, in Fort Wayne, Indiana.

4. Based on my knowledge of the Baker & Daniels firm and several of Ms. Butler's colleagues at the firm, I believe she is a skilled attorney and a person of high moral character. I also understand that she is experienced in Federal practice and is familiar with the Federal Rules of Procedure, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of, and practice in the United Sates District Courts.

5. Accordingly, I am pleased to move the admission of Abigail M. Butler, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Abigail M. Butler, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Abigail M. Butler, *pro hac vice*, to represent the defendant The Medical Protective Company in the above captioned matter, be granted.

Dated: April 7, 2008
      New York, NY

Respectfully submitted,

By: _____
Robert S. Weisbein (RW 0080)

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK  )

Subscribed and sworn to me this 7th day of April, 2008.

_____
NOTARY PUBLIC

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20_10_

3

NYC_228258.1

Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorneys for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BROADVISION, INC.,                              :
                                                :
           *Plaintiff,*                         :     No. 1:08-CV-001478 (MGC)
                                                :     ECF CASE
     v.                                         :
                                                :     **ORDER ADMITTING**
GENERAL ELECTRIC COMPANY and                    :     **ABIGAIL M. BUTLER**
THE MEDICAL PROTECTIVE COMPANY                  :     ***PRO HAC VICE***
                                                :
           *Defendants.*                        :
-------------------------------------------------------------x

Upon the motion of Robert S. Weisbein attorney for the defendant The Medical Protective Company and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Abigail M. Butler, Esq.
> Baker & Daniels LLP
> 111 East Wayne Street
> Suite 800
> Fort Wayne, Indiana 46802
> Tel: 260.424.8000
> Fax: 260.460.1700
> Email: abigail.butler@bakerd.com

is admitted to practice *pro hac vice* as counsel for the defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing the

NYC_228265.1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:

Dated: _____

_____
Miriam Goldman Cedarbaum
UNTIED STATES DISTRICT JUDGE