# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6739
Writer's Direct Fax: (212) 202-6491
E-mail: prutzman@thshlaw.com

March 26, 2008

**BY HAND**
Hon. William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

Re: BroadVision, Inc. v. General Electric Co.
    08 CV 1478 (WHP)

Dear Judge Pauley:

I represent the plaintiff in the above-captioned action, which I am advised has recently been transferred, or is in the process of being transferred, from Judge Cedarbaum to you. I write to request the Court's approval of a two-week adjournment on consent of plaintiff's time to respond to defendant General Electric Co.'s ("GE") motion to dismiss the complaint. GE's counsel served the motion to dismiss on March 12, 2008. Pursuant to Judge Cedarbaum's Individual Rules, plaintiff's answering papers would be due on April 2, 2008. GE's counsel has consented to a two-week adjournment of that date to April 16, 2008, with GE's reply papers to be due on April 30, 2008. The reason for the adjournment is to give the plaintiff adequate time to respond to GE's arguments given the press of other work. There have been no prior requests for adjournment of this motion. Counsel for GE consents to this request.

I respectfully request that the adjournment be approved and that the Court promptly advise the parties of the disposition of this request.

Respectfully submitted,

L. Donald Prutzman

Application Granted. The Court will hold a conference on April 16, 2008 at 11:30 and will discuss a briefing schedule at that time.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/14/08

cc: Robert Penchina, Esq. (via email)
    David P. Irmscher, Esq. (via email)

[829835-1]