UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
BROADVISION INC.,
:
              Plaintiff,       :       08 Civ. 1478 (WHP)
:
        -against-       :       SCHEDULING ORDER NO. 1
:
GENERAL ELECTRIC CO. AND THE
MEDICAL PROTECTIVE CO.,       :
:
             Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a March 14, 2008 conference, the following schedule is established on consent:

1. Plaintiff shall file and serve its opposition to General Electric Co.'s motion to dismiss by May 5, 2008;

2. General Electric Co. shall file and serve its reply on the motion by May 19, 2008;

3. This Court will hold oral argument on June 13, 2008 at 11:30 a.m.; and

4. The parties shall submit a proposed discovery schedule by May 15, 2008.

Dated: April 16, 2008
New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                                U.S.D.J.

[Stamp:] USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 4/21/08

*Counsel of Record*

Lewis Donald Prutzman, Jr., Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Counsel for Plaintiff*

Robert Penchina, Esq.
Levine, Sullivan, Koch & Schulz, LLP(NYC)
321 West 44th Street
Suite 510
New York, NY 100036
*Counsel for Defendant General Electric Co.*

David P. Irmscher
Baker & Daniels
111 East Wayne Street,
Suite 800
Fort Wayne, IN 46802
- and-
Robert S. Weisbein
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
*Counsel for The Medical Protective Co.*