UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
  BROADVISION INC.,
                                              :
            Plaintiff,                              08 Civ. 1478 (WHP)
                                              :
       -against-
                                                    ORDER GRANTING
                                              :     ADMISSION PRO HACE VICE

GENERAL ELECTRIC CO. AND THE
MEDICAL PROTECTIVE CO.,                       :

            Defendants.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Robert S. Weisbein, Esq. in support of admitting David P. Irmscher, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Irmscher be admitted to this Court pro hac vice to represent The Medical Protective Co. in the above-captioned action.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    April 16, 2008
            New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                   U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/21/08]