UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
BROADVISION INC.,
                                            :
        Plaintiff,                       :          08 Civ. 1478 (WHP)

      -against-                                 ORDER GRANTING
                                           :          ADMISSION PRO HACE VICE
GENERAL ELECTRIC CO. AND THE
MEDICAL PROTECTIVE CO.,                :

        Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Robert S. Weisbein, Esq. in support of admitting Abigail M. Butler, Esq. to appear <u>pro hac vice</u>, it is hereby ORDERED that Ms. Butler be admitted to this Court <u>pro hac vice</u> to represent The Medical Protective Co. in the above-captioned action.

        The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    April 16, 2008
            New York, New York

                                                              SO ORDERED:

                                                           WILLIAM H. PAULEY III
                                                                    U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/21/08]