Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com
*Attorney for Defendant The Medical Protective Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BROADVISION, INC.,

                Plaintiff,

   - against -

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECTIVE COMPANY,

                Defendants.
-------------------------------------------------------------x

Civil Action No.: 08 CV 1478
Judge William H. Pauley, III

**AFFIDAVIT OF SERVICE**

STATE OF INDIANA    )
                          ) ss.:
COUNTY OF ALLEN   )

        MELANIE SMITH, being duly sworn, deposes and says:

        1.    Deponent is not a party to the action, is over 18 years of age and resides at 6222 Kiwanis Drive, Fort Wayne, Indiana 46835.

        2.    On the 24th day of April, 2008, deponent served a copy of the Orders Granting Admission Pro Hac Vice for David Irmscher and Abigail Butler upon counsel for Plaintiff,

        Lewis Prutzman, Jr.,
        TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
        900 Third Avenue
        New York, NY 10022

-2-

and counsel for Co-Defendant,

>Robert Penchina
>LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
>321 West 44th Street, Suite 510
>New York, NY 10036

at the addresses designated by said attorneys for that purpose, by depositing true copies of same, enclosed in properly addressed wrappers for delivery by first class mail.

*Melanie Smith*
MELANIE SMITH

Sworn to before me, this
24th th day of April, 2008.

*Sandra K Rhoads*
Notary Public