UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BROADVISION, INC.., : No. 08-CV-1478 (WHP)
:
                Plaintiff, :
: ECF Case
- against - :
:
GENERAL ELECTRIC COMPANY and : **AFFIDAVIT OF**
THE MEDICAL PROTECTIVE COMPANY, : **L. DONALD PRUTZMAN**
:
                Defendants. :
:
------------------------------------------------------------------ x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        L. DONALD PRUTZMAN, being duly sworn, deposes and says:

        1.     I am a member of the bar of this Court and of Tannenbaum Helpern Syracuse & Hirschtritt LLP, attorneys for plaintiff BroadVision, Inc. ("BroadVision"). I submit this Affidavit in opposition to defendant General Electric Company's Motion to Dismiss pursuant to F. R. Civ. P. 12(b)(6) and to place a certain document before the Court.

        2.     Attached as Exhibit A is a true and correct copy of BroadVision Invoice No. 10031, dated December 10, 1999, for software usage rights licensed pursuant to the Master License Agreement between BroadVision and General Electric Company dated November 16, 1999.

                                                                          _____
                                                                        L. Donald Prutzman

Subscribed to and Sworn
before me this 5th Day of
May 2008

_____
Notary Public

NELLEKE M. MORSE
Notary Public, State of New York
No. 01MO6145589
Qualified in New York County
Commission Expires May 8, 2010

# EXHIBIT A

# INVOICE

**BroadVision**

BY CHECK
BroadVision, Inc.
PO Box 2780
Carol Stream, IL 60132-2780
Citibank Depository Account:
202046322

Domestic Wire Transfer Information:
Citibank N.A.
702 Marshall Street, Suite 100
Redwood City, CA 94063, USA
Routing & Transit #: 321171184
SWIFT CODE: Citi US 33
For further credit to BroadVision, Inc. A/C 202046322

Invoice Number 10031
Invoice Date    10-DEC-99
Payment Terms NET 30
Payment Due    09-JAN-00

BILL TO:
BOB HITTS
EMPLOYERS REINSURANCE CORPORATION
5200 METCALF AVENUE
SHAWNEE MISSION KS 66201

SHIP TO:
PAT ZANS
EMPLOYERS REINSURANCE CORPORATION
5200 METCALF AVENUE
SHAWNEE MISSION KS 66201

Purchase Order Number: SEE LINES BELOW

| Sales Order Number | Salesperson | Ship Date | Ship Via | Waybill Number |
|---|---|---|---|---|
|  | HADAWAY, STEVEN |  |  |  |

| Line Item | Item Description | Qty Ordered | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 1 | BROADVISION STARTER KIT, OPTION 2  (PO# 10641) | 1 | 1 | 500,000.00 | 500,000.00 |
| 2 | BROADVISION DEPLOYMENT LICENSE 100000 PROFILES USERS @ $2.50 EACH  (PO# 10642) | 1 | 1 | 250,000.00 | 250,000.00 |
| 3 | BASIC MAINTENANCE AND SUPPORT ( NO UPGRADES )  (PO# 10643) | 1 | 1 | 52,500.00 | 52,500.00 |
| 4 | SOFTWARE UPGRADE SUPPORT  (PO# 10643) | 1 | 1 | 67,500.00 | 67,500.00 |

Additional Comments:
Reference 90781-914678

| Sub Total | FreightTotal | TAX Total | Invoice Total |
|---|---|---|---|
| 870,000.00 | 0.00 | 59,812.51 | 929,812.51 |

Currency: USD

Billing Questions: Accounts Receivable (650) 331-1007
Late payment subject to past due fee as per agreement

Original Copy