UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
BROADVISION, INC..,

                      Plaintiff,

         - against -

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECTIVE COMPANY,

                      Defendants.
------------------------------------------------------------------- x

No. 08-CV-1478 (WHP)

ECF Case

**<u>JOINT DISCOVERY
PLAN REPORT</u>**

       Pursuant to the Court's instructions at the initial conference on April 29, 2008, the parties, by their undersigned counsel, submit the following report outlining their discovery plan pursuant to Fed. R. Civ. P. 26(f):

       A.      The parties shall serve initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before June 13, 2008. The parties do not request changes in the timing, form or requirements of said disclosures.

       B.      The last date to join additional parties shall be August 15, 2008.

       C.      The last date to serve amended pleadings shall be September 12, 2008.

       D.      The last date to complete fact discovery shall be January 16, 2009. The parties do not currently see a need to have discovery conducted in phases or limited to or focused upon particular issues, except that the parties believe that expert discovery, if any, should follow fact discovery. The parties do not currently see a need to make changes in the limitations on discovery imposed under the Fed. R. Civ. P. or the local rules of this Court.

{F0195438.2 }

E.     Expert reports, if any, on issues on which a party has the burden of proof shall be served on or before February 13, 2009.

F.     Rebuttal expert reports, if any, shall be served on or before March 13, 2009.

G.     Expert depositions, if any, shall be completed on or before April 3, 2009.

H.     Dispositive motions shall be served on or before April 24, 2009.

I.     The Joint Pre-Trial Order shall be submitted within thirty (30) days of the close of all discovery if no dispositive motions are filed, otherwise within thirty (30) days after all dispositive motions are decided.

J.     The parties do not have any current views or proposals relating to disclosure or discovery of electronically stored information and are hopeful that they will be able to work out any issues relating to electronic discovery as and when they arise.

K.     The parties anticipate that they will ask the Court to enter a Confidentiality Stipulation and Protective Order conforming to this Court's Individual Practices providing for protection of confidential and proprietary information produced in discovery, and providing generally that material produced in discovery in this action shall be used solely for the prosecution or defense of this action.

Dated:  New York, New York
        May 15, 2008

                TANNENBAUM HELPERN SYRACUSE
                  & HIRSCHTRITT, LLP


                By___/s/ L. Donald Prutzman_____
                    L. Donald Prutzman (LP 1327)
                900 Third Avenue
                New York, New York 10022
                (212) 508-6700
                  Attorneys for Plaintiff
                  BroadVision, Inc..

LEVINE SULLIVAN KOCH & SCHULTZ LLP.


By____/s/ Robert Penchina_____
      Robert Penchina  (RP5866)
321 West 44th Street, Suite 510
New York, New York  10036
(212) 850-6100
  Attorneys for Defendant General
  Electric Company

BAKER & DANIELS LLP


By__/s/ David P. Imscher_____
     David P. Imscher (DI 5954)
Abigail M. Butler
111 East Wayne Street, Suite 800
Fort Wayne, Indania  46802
(260) 424-8000

     -and-

FOLEY & LARDNER LLP
Robert Weisbein (RW0080)
90 Park Avenue
New York , New York  10016
(212) 682-7474

  Attorneys for Defendant The
  Medical Protective Company