UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BROADVISION, INC..,

                      Plaintiff,

      - against -

GENERAL ELECTRIC COMPANY and
THE MEDICAL PROTECTIVE COMPANY,

                      Defendants.

---------------------------------------------------------------- x

No. 08-CV-1478 (WHP)

ECF Case

**JOINT STATUS REPORT**

Pursuant to Paragraph 4 of Scheduling Order No. 5 entered by the Court in this action, Plaintiff BroadVision, Inc. ("BroadVision") and Defendant The Medical Protective Company ("MedPro"), by their undersigned counsel, submit the following joint status report and proposed schedule:

As of the date of this Joint Status Report, BroadVision and MedPro continue to be engaged in mediation under the auspices of JAMS' Chicago office before Hon. Michael Getty, as mediator. Defendant General Electric Co. elected not to participate in the mediation  On October 13, 2009, BroadVision and MedPro engaged in a full day of mediation sessions before Judge Getty. Although a resolution was not reached, the parties agreed to continue mediation and engage in an exchange of certain information designed to further the mediation process. In a telephone conference with Judge Getty on November 18, 2009, it was agreed that such information would be exchanged on or about December 8, 2009. BroadVision and MedPro thereafter intend to continue the mediation process in an attempt to reach a resolution.

Accordingly, BroadVision and MedPro respectfully request that further proceedings in this action continue to be suspended for an additional sixty (60) days, and that the status conference currently scheduled for December 4, 2009 be adjourned to a suitable date after February 8, 2010.

Dated: New York, New York
November 20, 2009

          TANNENBAUM HELPERN SYRACUSE
          & HIRSCHTRITT, LLP

          By /s/ L. Donald Prutzman
              L. Donald Prutzman
          900 Third Avenue
          New York, New York 10022
          (212) 508-6700
            Attorneys for Plaintiff
            BroadVision, Inc.

          BAKER & DANIELS LLP

          By /s/ J. Joseph Tanner
              J. Joseph Tanner
          300 North Meridian Street, Suite 2700
          Indianapolis, Indiana 46204
          (317) 237-0300

          Abigail M. Butler
          111 East Wayne Street, Suite 800
          Fort Wayne, Indiana 46802
          (260) 424-8000

            -and-

          FOLEY & LARDNER LLP
          Robert Weisbein
          90 Park Avenue
          New York, New York 10016
          (212) 682-7474

            Attorneys for Defendant
            The Medical Protective Company