TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 7, 2009

Writer's Direct Dial: (212) 508-6739
Writer's Direct Fax: (212) 202-6491
E-mail: prutzman@thshlaw.com

December 2, 2009

**VIA FACSIMILE**

Hon. William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007
Fax No. (212) 805-6930

RECEIVED
DEC - 2 2009
CHAMBERS
WILLIAM H
U.S.

Re: BroadVision, Inc. v. General Electric Co.
08 CV 1478 (WHP)

Dear Judge Pauley:

I represent plaintiff BroadVision, Inc. in the above-captioned action. Pursuant to Scheduling Order No. 5 in the action, on November 20, 2009, the parties filed a joint status report, a copy of which is enclosed. The status report advised the Court that BroadVision and MedPro are still engaged in Mediation before JAMS in Chicago and, among other things, requested that further proceedings in the action continue to be suspended for an additional sixty (60) days, and that the status conference currently scheduled for December 4, 2009 be adjourned to a suitable date after February 8, 2010. I called the Deputy Clerk today to inquire about the status of those requests and was advised that the joint status report had apparently not come to the Court's attention. Accordingly, I am writing to supply a copy of that report and reiterate BroadVision's and MedPro's requests for continued suspension and adjournment of the December 4, 2009 status conference. I respectfully request that these be granted.

In the event that the Court does wish to hold the status conference on December 4 as scheduled, I respectfully request to be permitted to participate by telephone as I am scheduled to be out of town on a personal matter that day.

*Application Granted. The Court will hold a status conference on February 10, 2010 at 11:30 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

12/7/09

Respectfully submitted,

L. Donald Prutzman

cc: Robert Penchina, Esq. (via email)
J. Joseph Tanner, Esq. (via email)
Robert S. Weisbein, Esq. (via email)

[869315-1]